**Below is the Order of the Court.**

*Paul B. Snyder*
_____
**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

LUIS ANTHONY EWING,

Debtor.

Case No. 13-47136

**ORDER VACATING DISMISSAL**

This matter comes before the Court on the motion of the Debtor to vacate the Order Dismissing Case for failure to meet minimum filing requirements entered on November 29, 2013. The required document has since been filed. After reviewing the motion, the Court concludes that the Debtor has met the minimum filing requirements and that good cause exists to administer this case; now therefore, it is

**ORDERED** that the motion to vacate dismissal is granted.

/// End of Order ///

ORDER VACATING DISMISSAL