Form vacdsm (10/2006)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

    Luis Anthony Ewing

    Debtor(s).

Case Number: 13–47136–PBS
Chapter: 7

## NOTICE OF VACATION OF DISMISSAL ORDER

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Vacating Order of Dismissal was signed on **December 3, 2013**.

Dated: December 3, 2013

                                          Mark L. Hatcher
                                          Clerk, U.S. Bankruptcy Court

                                          By: /s/ S Manley
                                          Deputy Clerk