Entered on Docket February 6, 2014

**Below is the Order of the Court.**



_____
**Paul B. Snyder**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Paul B Snyder
Chapter 7
Hearing Location: Vancouver
Hearing Date: February 4, 2014
Hearing Time: 9:00 a.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE:<br><br>LUIS ANTHONY EWING<br><br><br>Debtors. | **CHAPTER 7 BANKRUPTCY**<br><br>**NO.: 13-47136-PBS**<br><br>**ORDER GRANTING RELIEF FROM STAY AS TO FEDERAL NATIONAL MORTGAGE ASSOCIATION** |

This matter came before the Court upon Federal National Mortgage Association's motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. and the Court's comments incorporated pursuant to Fed. R. Bankr. P. 7052 It appears for the reasons stated in the motion ^ that the stay should be lifted as to enforcement of the deed of trust that is the subject of Federal National Mortgage Association's motion and further as to the property located at 34218 Southeast 22nd Way, Washougal, WA 98671 ("Property") and legally

Order Granting Relief from Stay
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

described as set forth in the Deed of Trust attached to the motion for relief. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Federal National Mortgage Association, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Federal National Mortgage Association's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:

/s/ Lance Olsen
Lance Olsen, WSBA# 25130
Attorneys for Federal National Mortgage Association

Order Granting Relief from Stay
Page - 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 13-47136-PBS    Doc 42    Filed 02/06/14    Ent. 02/06/14 13:52:20    Pg. 2 of 2